

Certificate Number: O046200

**ACCREDITED**

Disease Management

The Disease Management accreditation covers the following disease management conditions:

- Asthma
- Diabetes
- Hypertension

Effective accreditation dates for this organization reflects an optional Third Year accreditation cycle available to all URAC-accredited organizations.

URAC accreditation is assigned to the organization and address named in this certificate and is not transferable to subcontractors or other affiliated entities not accredited by URAC.

URAC accreditation is subject to the representations contained in the organization's application for accreditation. URAC must be advised of any changes made after the granting of accreditation. Failure to report changes can effect accreditation status.

This certificate is the property of URAC and shall be returned upon request.

# URAC
Promoting Quality Health Care

## CERTIFICATE OF FULL ACCREDITATION

is awarded to

**Preferred Physicians Healthcare Alliance, LLC (PPHA)**
20 N. Orange Avenue, Suite 101, Orlando, FL 32801

for compliance with

*Disease Management Accreditation Program*

pursuant to the

**DISEASE MANAGEMENT STANDARDS, version 2.0**

Effective from the 1st day of August 2007 through the 1st day of August 2010

_Alan P. Spielman_
Alan P. Spielman
President & CEO

_Annette Watson_
Annette Watson, RN, CCM, MBA
Chief Accreditation Officer

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop S3-02-01
Baltimore, Maryland 21244-1850



Office of Clinical Standards and Quality

March 31, 2010

Dianna L. Noecker, R.N.
Chief Operating Officer
Preferred Physicians Healthcare Alliance, L.L.C.
2450 Maitland Center Parkway, Suite 203
Maitland, Florida 32751

Dear Ms. Noecker:

We have reviewed your application, requesting that the Centers for Medicare and Medicaid Services designate Preferred Physicians Healthcare Alliance, L.L.C. (PPHA) as a Quality Improvement Organization (QIO)-like entity for the State of Florida. Preferred Physicians Healthcare Alliance, L.L.C. (PPHA) meets the requirements to be a QIO-like entity, namely:

- It is a physician-access organization under Section 1152 of the Social Security Act (The Act);

- It is able to perform limited medical and quality review functions required under Section 1154 of the Act;

- It has one individual who is representative of consumers on its governing body under Section 1152 of the Act; and

- It is not a health care facility, health care facility affiliate, or health care facility association defined in 42 CFR 475.105.

This certification designates Preferred Physicians Healthcare Alliance, L.L.C. (PPHA) as a QIO-like entity eligible to operate in Florida as well as in other states. Your certification is granted for a period of 3 years beginning March 26, 2010 and will expire on March 26, 2013.

This certification of eligibility permits your organization to seek a contract with the states for review activities. States have specific qualifications and performance requirements depending upon the scope of work they desire to procure. This certification does not reflect a determination as to whether your organization has the ability to meet those requirements. The state is responsible for making that determination. We have certified your organization to review cases and analyze patterns of care related to medical necessity and quality review. We have not certified the organization as meeting the State Medicaid Agency's requirements for external quality review or related functions such as utilization review specified in Sections 1903 (a) (3) (c) and 1932 (c)(2) of the Act. In addition, we have not evaluated the organization to perform the same functions as a QIO under contract with CMS.

Page 2 – Ms. Neocker

You must provide an annual assurance statement of your continued adherence to certification requirements within 30 days of the last month of the first and second certification year as follows:

- first year assurance statement is due to our office by March 26, 2011
- second year assurance statement is due to our office by March 25, 2012
- third year a new application is due to our office by March 24, 2013 for re-certification of additional 3-year tenure.

In addition, if there are any changes in the name, address, or pool of physician reviewers you must notify this office for a reevaluation of your certification. At any time during the certification period if Preferred Physicians Healthcare Alliance, L.L.C. (PPHA) no longer meets the above criteria, it will no longer be considered a QIO-like entity and the certification will be terminated.

If you have questions, please contact Justin Giwa on (410) 786-6813 or Email, Justin.Giwa@cms.hhs.gov.

Sincerely,

Jean Moody-Williams, R.N., MPP
Director
Quality Improvement Group
Office of Clinical Standards and Quality

## SCHEDULE 6.5
### Amounts Collected by Seller

This Schedule shall be mutually agreed to by the parties post-Closing.

ATTACHMENT 3

July 12, 2010

**Re: PPHA Service Agreement**

Dear Mr. Falco:

  Healthcare has evolved requiring all of us to find better and more innovative ways to medically manage our population. With new mandates and changes in the way we all provide services to our clients, Physicians HealthCare Alliance ("PPHA") has diligently sought out a partner that can ensure that our clients continue to benefit from state of the art medical management resources. We are proud that joining forces with KePRO, a national medical management organization, we will provide an enhanced platform which will be necessary for the challenges we all face.

  We are pleased to inform you that PPHA will be acquired by KePRO Acquisitions, Inc. In connection with the acquisition, we request your consent to the assignment of the PPHA Services Agreement that was effective July 1, 2009 to KePRO (including any amendments thereto) and to the assumption by KePRO of the PPHA's rights and obligations thereunder arising from and after the closing. You will continue to be serviced in the manner in which you have been accustomed to and we look forward to further discussion with you regarding additional services that we can now provide.

  We also request your confirmation that the PPHA is not in breach or default under the Agreement as of the date of this letter. KePRO has full URAC accreditation in both Utilization Management and Case Management. As part of this transition, all Utilization Management, Case Management and Disease Management programs currently provided which were developed applying URAC standards and are URAC accredited will continue to be offered. KePRO will file an application for Disease Management URAC accreditation using PPHA's DM program. Accordingly, we are also requesting that you acknowledge and agree that KePRO will be afforded the necessary time to obtain URAC accreditation as may be applicable to your contract.

  Kindly sign below indicating your consent to the assignment and assumption and reflecting your agreement that there is currently no breach or default under the Agreement. Please fax, email or mail the signed copy to our address and numbers noted above.

  We appreciate your kind consideration and prompt attention to this matter. Please call me or Dianna Noecker at 407-475-3950 with any questions.

  We are grateful for the honor of serving you and are excited about sharing how we may continue to serve your members with medical management programs designed with the sole purpose of improving clinical outcomes while simultaneously providing

cost saving opportunities to our clients. Our commitment to you remains unchanged and I am sure you will find the KePRO organization fully committed as we are.

With warm regards,

Edward Cabrera, M.D., MBA, FAAFP

**Accepted and Agreed; Consent Provided:**

By: _____
      Signature

Print Name: _____

Company Name: _____

Title: _____

Date: _____

July , 2010

**Re:**

Dear :

    Healthcare has evolved requiring all of us to find better and more innovative ways to medically manage our population. With new mandates and changes in the way we all provide services to our clients, Physicians HealthCare Alliance ("PPHA") has diligently sought out a partner that can ensure that our clients continue to benefit from state of the art medical management resources. We are proud that joining forces with KePRO, a national medical management organization, we will provide an enhanced platform which will be necessary for the challenges we all face.

    We are pleased to inform you that PPHA has been acquired by KePRO Acquisitions, Inc., effective _____. In connection with the acquisition, we request your consent to the assignment of the _____ Agreement by PPHA to KePRO (including any amendments thereto) and to the assumption by KePRO of the PPHA's rights and obligations thereunder arising from and after the closing. You will continue to be serviced in the manner in which you have been accustomed to and we look forward to further discussion with you regarding additional services that we can now provide.

    We also request your confirmation that the PPHA is not in breach or default under the Agreement as of the date of this letter. KePRO has full URAC accreditation in both Utilization Management and Case Management. As part of this transition, all Utiliation Management, Case Management and Disease Management programs currently provided which were developed applying URAC standards and are URAC accredited will continue to be offered.

    Kindly sign below indicating your consent to the assignment and assumption and reflecting your agreement that there is currently no breach or default under the Agreement. Please fax, email or mail the signed copy to our address and numbers noted above.

    We appreciate your kind consideration and prompt attention to this matter. Please call _____ at _____ with any questions.

    We are grateful for the honor of serving you and are excited about sharing how we may continue to serve your members with medical management programs designed with the sole purpose of improving clinical outcomes while simultaneously providing cost saving opportunities to our clients. Our commitment to you remains unchanged and I am sure you will find the KePRO organization fully committed as we are.

With warm regards,

Edward Cabrera, M.D., MBA, FAAFP

**Accepted and Agreed; Consent Provided:**

By: _____
       Signature

Print Name: _____

Company Name: _____

Title: _____

Date: _____

July , 2010

Re:

Dear :

    Healthcare has evolved requiring all of us to find better and more innovative ways to medically manage our population. With new mandates and changes in the way we all provide services to our clients, Physicians HealthCare Alliance ("PPHA") has diligently sought out a partner that can ensure that our clients continue to benefit from state of the art medical management resources. We are proud that joining forces with KePRO, a national medical management organization, we will provide an enhanced platform which will be necessary for the challenges we all face.

    We are pleased to inform you that PPHA has been acquired by KePRO Acquisitions, Inc., effective _____. In connection with the acquisition, we are notifying you of the assignment of the _____ Agreement by PPHA to KePRO (including any amendments thereto) and to the assumption by KePRO of the PPHA's rights and obligations thereunder arising from and after the closing. You will continue to be serviced in the manner in which you have been accustomed to and we look forward to further discussion with you regarding additional services that we can now provide.

    KePRO has full URAC accreditation in both Utilization Management and Case Management. As part of this transition, all Utilization Management, Case Management and Disease Management programs currently provided which were developed applying URAC standards and are URAC accredited will continue to be offered.

    We are grateful for the honor of serving you and are excited about sharing how we may continue to serve your members with medical management programs designed with the sole purpose of improving clinical outcomes while simultaneously providing cost saving opportunities to our clients. Our commitment to you remains unchanged and I am sure you will find the KePRO organization fully committed as we are.

    Please call _____ at _____ with any questions.

With warm regards,

Edward Cabrera, M.D., MBA, FAAFP

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

EXPPHA, LLC f/k/a PREFERRED PHYSICIANS HEALTHCARE ALLIANCE, L.C.,

CASE NO. 2012-CA-018580-O

Plaintiff,

vs.

KEPRO ACQUISITIONS, INC.,

Defendant.

You may respond to the court electronically by submitting your Answer using the Clerk's Electronic Court Filing (ECF) System. To request an account and log into ECF, go to www.MyOrangeClerk.com, and select (an) ECF Option, File Electronically.

## SUMMONS

THE STATE OF FLORIDA:

To all and singular sheriffs of said state:

YOU ARE HEREBY COMMANDED to serve this Summons and a copy of the Complaint or Petition, Interrogatories, Request for Production and Request for Admissions in the above-styled cause upon the Defendant:

**KEPRO ACQUISITIONS, INC.
c/o CORPORATION SERVICE COMPANY as Registered Agent
1201 HAYS STREET
TALLAHASSEE FL 32301-2525**

Each Defendant is hereby required to serve written defenses to said Complaint or Petition on **TUCKER H. BYRD, ESQ.,** Plaintiff's attorney whose address is **Morgan & Morgan, P.A.**, **20 North Orange Avenue, Suite 1500, P.O. Box 4979, Orlando, Florida 32802-4979**, **Telephone: (407) 420-1414**, within twenty (20) days after service of this Summons upon you, exclusive of the day of service, and to file the original of said written defenses with the Clerk of said Court either before service on Plaintiff's attorney or immediately thereafter. If you fail to do so, a default will be entered against you for the relief demanded in the Complaint or Petition.

2

## REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Human Resources, **ORANGE COUNTY COURTHOUSE, 425 N. ORANGE AVENUE, SUITE 510, ORLANDO, FLORIDA, (407) 836-2303**, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

LYDIA GARDNER
Clerk of the Court

By: _*Venessa Sullin*_
As Deputy Clerk
425 N Orange Avenue, RM 310
Orlando, Florida 32801

2

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
ORANGE COUNTY, FLORIDA
CIVIL DIVISION

EXPPHA, LLC f/k/a PREFERRED
PHYSICIANS HEALTHCARE ALLIANCE,
L.C.,

        Plaintiff,

vs.

KEPRO ACQUISITIONS, INC.,

        Defendant.

CASE NO. 2012-CA-018580-O

COMPLEX BUSINESS LITIGATION
COURT

## ACCEPTANCE OF SERVICE AND WAIVER OF PROCESS

Defendant, Kepro Acquisitions, Inc., by counsel, accepts service of the Summons and Complaint in this action, waives formal service of process, and all defenses concerning service of process. Kepro Acquisitions shall serve its response to the Complaint within forty days from the date of this acceptance of service.

**(Attorney's Signature Appears on the Following Page)**

eFiled in the Office of Clerk of Court, Orange County Florida 2012 Nov 28 06:18 PM Lydia Gardner

Dated: November 28, 2012

Respectfully submitted,

*[signature]*

David B. Weinstein
Florida Bar No. 604410
weinsteind@gtlaw.com
Ryan D. Maxey
Florida Bar No. 059283
maxeyr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 East Twiggs Street, Suite 100
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via U.S. Mail to Tucker H. Byrd, 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801, on this 28th day of November, 2012.

*[signature]*

**Attorney**

eFiled in the Office of Clerk of Court, Orange County Florida 2012 Nov 28 06:18 PM Lydia Gardner

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT
ORANGE COUNTY, FLORIDA
CIVIL DIVISION

EXPPHA, LLC f/k/a PREFERRED
PHYSICIANS HEALTHCARE ALLIANCE,
L.C.,

       Plaintiff,

vs.

KEPRO ACQUISITIONS, INC.,

       Defendant.

CASE NO. 2012-CA-018580-O

COMPLEX BUSINESS LITIGATION COURT

### DEFENDANT KEPRO ACQUISITIONS, INC.'S
### NOTICE OF DESIGNATION OF E-MAIL ADDRESSES

Defendant, Kepro Acquisitions, Inc., designates counsels' primary and secondary e-mail addresses in accordance with Rule 1.080, Florida Rules of Civil Procedure, and Rule 2.516, Florida Rules of Judicial Administration.

| | |
|---|---|
| Primary: | weinsteind@gtlaw.com |
| | maxeyr@gtlaw.com |
| Secondary: | thomasm@gtlaw.com |
| | FLService@gtlaw.com |

**(Attorney's Signature Appears on the Following Page)**

Dated: November 28, 2012

Respectfully submitted,

/s/

David B. Weinstein
Florida Bar No. 604410
weinsteind@gtlaw.com
Ryan D. Maxey
Florida Bar No. 059283
maxeyr@gtlaw.com
**GREENBERG TRAURIG, P.A.**
625 East Twiggs Street, Suite 100
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished via U.S. Mail to Tucker H. Byrd, 20 North Orange Avenue, Suite 1600, Orlando, Florida 32801, on this 28th day of November, 2012.

/s/

**Attorney**

eFiled in the Office of Clerk of Court, Orange County Florida 2012 Dec 12 07:45 AM Lydia Gardner

IN THE CIRCUIT COURT OF THE
NINTH JUDICIAL CIRCUIT, IN AND
FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: 2012-CA-018580-O
DIV 32

COMPLEX BUSINESS LITIGATION
COURT

EXPPHA LLC

    Plaintiff(s),

vs.

KEPRO ACQUISITIONS INC

    Defendant(s).
_____/

### ORDER REQUIRING PARTIES TO FILE
### JOINT NOTICE OF PENDING MOTIONS

THIS CAUSE having come to be heard before this Court sua sponte, and this Court having reviewed the file and pleadings, and having determined that motions may be outstanding that require Court action, it is therefore

ORDERED AND ADJUDGED as follows:

1. Within ten (10) days of this order, counsel for each party shall confer and determine if motions have been filed which require Court action.

2. If any motions are so identified, counsel shall file a Joint Notice of Pending Motions within fifteen (15) days of this order indicating the following for each outstanding motion:

    A. Title of the Motion, party who filed the Motion and date motion was filed;

    B. Title of Response, if any, party who filed the Response and date Response was filed; and

  C. Title of Reply, if any, party who filed the Reply, and date Reply was filed.

3. A courtesy copy of the Joint Notice of Pending Motions shall be provided to the chambers of the undersigned judge.

4. Any motions not so identified will be deemed withdrawn or moot.

DONE AND ORDERED in Orlando, Orange County, Florida on this ___ day of December, 2012.

Alice L Blackwell
Circuit Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all parties of record via Electronic Case Filing on this 12 day of Dec, 2012.

Jennifer Edmundson, Judicial Assistant to Judge Alice L Blackwell

IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT,
IN AND FOR ORANGE COUNTY, FLORIDA

CASE NUMBER: 2012-CA-018580-O

EXPPHA LLC

    Plaintiff(s),

vs.

KEPRO ACQUISITIONS INC

    Defendant(s).
_____/

## NOTICE TO PARTIES

The parties in this case are hereby notified that the Court requires that the parties comply with the Complex Business Litigation Court Rules. If a Motion filed in this case is one listed in Rule 5.10, the parties are directed to set the Motion, if contested, during short matters if the matter may be completed in twenty (20) minutes or less. If the Motion requires more than twenty (20) minutes, a Motion for Oral Argument must be filed which indicates the reason for the need for additional time and the amount of time requested for the hearing. The parties are also reminded that the General Magistrate may hear all discovery matters regardless of the amount of time needed without the need to file a Motion for Oral Argument. The Court will not issue rulings on the Motions listed in Rule 5.10 without hearing or agreement of the parties. On these Motions, counsel should bring proposed orders to the scheduled hearing or provide agreed orders to the Court by Electronic Case Filing should a hearing be unnecessary.

If the parties have agreed upon a Motion, the Court requires that the parties upload a proposed order, in Word, to Electronic Case Filing through the Clerk of Court along with a cover letter indicating that all parties have reviewed and approved the form of the order or, in the alternative, set a hearing during short matters to have the Court enter an Order on the Motion.

eFiled in the Office of Clerk of Court, Orange County Florida 2012 Dec 12 07:45 AM Lydia Gardner

Unless otherwise directed by the Court during a hearing, all proposed orders submitted to the Court by Electronic Case Filing should be accompanied by a cover letter indicating that opposing counsel has approved the form of the order or that the order is being provided in advance of an upcoming hearing.

DONE AND ORDERED at Orlando, Orange County, Florida on this ___ day of _____, 20__.

Circuit Judge

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy was delivered to all parties of record via ECF on this 12 day of Dec., 20 12.

Jennifer Edmundson, Judicial Assistant