**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EXPPHA, LLC f/k/a PREFERRED
PHYSICIANS HEALTHCARE
ALLIANCE, L.C.,

    Plaintiff,

vs.                                                                                  Case No.: 6:12-cv-01928-RBD-GJK

KEPRO ACQUISITIONS, INC.,

    Defendant.
_____/

**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1.     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    KePRO Acquisitions, Inc. is a Pennsylvania corporation wholly owned by Keystone Peer Review Organization, Inc.

    Keystone Peer Review Organization, Inc. is a Pennsylvania corporation wholly owned by Pennmed, Inc.

    Pennmed, Inc. is a Pennsylvania corporation wholly owned by Pennsylvania Medical Society.

    Pennsylvania Medical Society is a Pennsylvania non-profit. No publicly-traded corporation owns more than 10% of Pennsylvania Medical Society.

    KePRO is represented by David B. Weinstein and Ryan D. Maxey, both with the law firm Greenberg Traurig, P.A.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

   None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

   None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

   None.

5. Check one of the following:

   __✓__   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

   - or -

   _____   b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

January 18, 2013                    /s/ David B. Weinstein
                                    David B. Weinstein
                                    Florida Bar No. 604410
                                    weinsteind@gtlaw.com
                                    Murray B. Silverstein, Esq.
                                    Florida Bar No. 349216
                                    silversteinmb@gtlaw.com
                                    Ryan D. Maxey
                                    Florida Bar No. 059283
                                    maxeyr@gtlaw.com
                                    **GREENBERG TRAURIG, P.A.**
                                    625 East Twiggs Street, Suite 100
                                    Tampa, FL 33602
                                    Telephone: (813) 318-5700
                                    Facsimile: (813) 318-5900
                                    *Counsel for KePRO Acquisitions, Inc.*

## **CERTIFICATE OF SERVICE**

      I certify that on January 18, 2013, a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

                                        /s/ David B. Weinstein
                                        Attorney

*TPA 511,749,023*