**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

EXPPHA, LLC f/k/a PREFERRED
PHYSICIANS HEALTHCARE
ALLIANCE, L.C.,

      Plaintiff,

vs.                             Case No. 6:12-cv-01928-RBD-GJK

KEPRO ACQUISITIONS, INC.,

      Defendant.

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04 (c), I certify that the instant action:

_____ IS       related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State Court, or administrative agency as indicated below:

__X__ IS NOT       related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

DATED this 18th day of January, 2013.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of January, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to ECF registrants.

*s/ Tucker H. Byrd*
**Tucker H. Byrd, Esq.**
Florida Bar No. 381632
**MORGAN & MORGAN P.A.**
20 North Orange Avenue, Suite 1600
Orlando, FL  32801
Telephone: 407-420-1414
Facsimile:  408-418-2048
Email: TByrd@forthepeople.com