UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EXPPHA, LLC f/k/a PREFERRED
PHYSICIANS HEALTHCARE
ALLIANCE, L.C.,

    Plaintiff,

vs.                            Case No. 6:12-cv-01928-RBD-GJK

KEPRO ACQUISITIONS, INC.,

    Defendant.

## MEDIATION REPORT

In accordance with the Court's mediation order(s), a mediation conference was held on August 27, 2013, and the results of that conference are indicated below:

1. Under rule 1.730(b), the mediator has been authorized to report that after a mediation session, a settlement of all issues was reached.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 20th day of September, 2013, I served the foregoing document via email to:

David B. Weinstein
Florida Bar No. 604410
Ryan D. Maxey
Florida Bar No. 059283
GREENBERG TRAURIG, P.A.
625 East Twiggs Street, Suite 100
Tampa, Florida 33602

Telephone: (813) 318-5700
Facsimile: (813) 318-5900
Email: maxeyr@gtlaw.com
Email: weinsteind@gtlaw.com
*Attorneys for the Defendant*

Tucker H. Byrd, Esq.
Florida Bar No. 381632
MORGAN & MORGAN P.A.
20 North Orange Avenue, Suite 1600
Orlando, FL  32801
Telephone: 407-420-1414
Facsimile: 408-418-2048
Email: TByrd@forthepeople.com
*Attorney for the Plaintiff*

/s/ David W. Henry
David Henry- Mediator
FBN 765082
ALVAREZ, SAMBOL & WINTHROP, P.A.
390 North Orange Avenue, Suite 600
Orlando, FL  32801
Telephone:  (407) 210-2796
Facsimile:   (407) 210-2795
dhenry@aswpa.com